UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHNNY D. TURNER,

    Plaintiff,

v.

PIERCE COUNTY (SHERIFF P. PASTOR), *et al.*,

    Defendants.

Case No. C08-5464FDB

ORDER OF DISMISSAL

On recommendation of the Magistrate Judge, Plaintiff was denied leave to proceed *in forma pauperis* and was required to pay the filing fee within 30 days of the date of the Order, which was entered December 5, 2008. Plaintiff has failed to pay the $350.00 filing fee by January 5, 2009. Additionally, the record reveals a December 9, 2008 entry that Plaintiff was no longer an inmate at the Washington Correction Center in Shelton, his last known address.

NOW, THEREFORE, IT IS ORDERED: This cause of action is DISMISSED for failure of Plaintiff to pay the filing fee.

DATED this 6th day of January, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1