# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHNNY D. TURNER

      v.

PIERCE COUNTY (SHERIFF P. PASTOR), et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5464FDB

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

This cause of action is DISMISSED for failure of Plaintiff to pay the filing fee.

| | |
|---|---|
|   January 7, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |